**Bruce W. Brewer,** OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **ROBERT FERGUSON,** | Case No. 3:18-cv-01439-BR |
| Plaintiff, | |
| vs. | ORDER (EAJA FEES) |
| **COMMISSIONER,** of Social Security Administration, | |
| Defendant. | |

It is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $5,564.16 is awarded to Plaintiff. The Court finds the fee to be reasonable and warranted under the Equal Access to Justice Act. 28 U.S.C. § 2412 et. seq. It is further ORDERED that the aforementioned attorney fee shall be paid directly to Plaintiff's attorney if Plaintiff has no debt which qualifies for offset against the awarded fees under the Treasury Offset Program as discussed in <u>Astrue v. Ratliff,</u> 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, then it is ORDERED that the check shall be made payable to Plaintiff's attorney, Bruce Brewer, and mailed to him at PO Box 421, West Linn, OR 97068. If Plaintiff has such

debt, then it is ORDERED that the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above. There are no costs or expenses to be paid herein.

DATED this 19th day of November, 2019.

*Anna J. Brown*
The Honorable Anna J. Brown
United States District Court Judge

Submitted by:

Bruce W. Brewer, OSB No. 925581
503-621-6633, Attorney for Plaintiff

2 - ORDER FOR EAJA FEES